FILED

MAR 1 6 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

Plaintiff Lowell Green #00518622

Case No. SA23CA0348 OG

V.

Defendant Unknown Defendants

Please see Complaint attached

19-10208 Case ~~Patterson~~ Page 1 of VI

1. The Chief Judge of this Court is hereby put on notice of this Court officials Treason to the United States Federal Congress. Article III, §3 Aiding the State of Texas to Illegal Restrain A Negro without A lawful, legal documented, record Contract, Lowell Quincy Green and The STATE OF TEXAS Corporation. Article IV. Section 1,

2. (A Corporation cannot (o be) the "Corpus Delecti" that is to say, the body of the of the Crime. 5 District 1983) 648 S.W. 2d 20. Municipal Corporation - Key - 592 (1) USDC NO. 3:18-CV-2118 (Judge Jane J. Boyle) is not Queen of England, She have not Authority to violate the United States ~~exist~~ Constitution [with] Rebecca T. Rutherford. ~~Recorded~~

3) 19-10322 ~~and~~ Judge Barbara M.G. Lynn USDC NO. 3:18-CV-1459-M-BT. The FBI (Records cannot be wrong). The Page 1. See other side

United States Department of Justice Federal Bureau of Investigation, Agency (Nov. 10, 2021) reviewed U.S. District Court for the North of Texas Dallas Division (official) Judicial Misconduct on each and every case filed in this Court by the (Natural Being flesh-in-blood) United States Citizen under the United States Constitution Fourteenth Amendment. (Lowell Quincy Green) Born May 13, 1965 B/M 119 Roger Street McGregor, Texas 76657. Records

(4) 3:18-cv-3309 (David L. Horan) Committed "(treason)"

(5) (3:20-cv-02768) "Unclean" hands Doctrine (A. Joe Fish) Filed Chief Judge Carl E. Stewart Fifth Circuit

Page 2.

Page 3 of 17

⑧ Court of Appeals. District Version 1.7.1.1
https://txnd-ecf.ssa.dcn/cgi-bin/DktRpt?11567491111194-L-L10-1
11/23/2021 DKT 8 NOTICE re: Filing a Complaint against Magistrate Judge Rebecca T. Rutherford, in Case 3:18-CV-1454 filed by Lowell Quincy Green

⑥ (Attachments: 1 Additional Page(s))(jmf)(Entered: 11/23/2021) (3:20-CV-02768) LOWELL DEQUINCY GREEN 3753 Bernal Drive Dallas, Texas 75212) October 1980 Aggravated Robbery Juvenile Detention, Disposition: Texas Youth Commission (TYC) Giddings State Reformatory School 15 years old (illegal) and wrong name,

⑦ This ~~[struck]~~ (FBI) Discovery Judicial Complaint Lowell Quincy Green ~~[struck]~~ ~~[struck]~~ ~~[struck]~~ ~~[struck]~~ (03/14/2022) DKT

10 NOTICE re: Conspiracy Filed by Lowell Quincy Green (Natural) Being (-vgl)(Entered: 03/15/2022 (Polunsky Unit)

Page 3, see other side

11/21/2022 DKT 12 NOTICE of False Imprisonment Filed by Lowell Quincy Green. Attachment #1: Additional Page(s) (dyh) (Entered: 11/22/2022) See Dktr (Rebecca X. Rutherford)

19-10322 Polunsky Unit 3:18-cv-1459
19-10200 Polunsky Unit 3:18-cv-2118

Administrative Grievance Department
Texas Number
of Correction
2019000 attached
to 424 1983 Petition
No. 3:18 2118 Pursuant
Federal Rules of Civil Procedure Rule 10. Therefore, the Clerk (committed) Fraud on Page 4.

the United States Congress. TRLA for prisoners. Disciplinary Procedures or Grievances cannot be signed UTMB Correctional Manager Anitra Linsley;

(8) (3:18-CV-1454-M-BT) LOWELL DEQUINCY GREEN

(9) LIFE SENTENCE. BEGIN DATE: MAY 23, 1984. TDC REC'D DATE: AUGUST 28, 1984.

(10) TDC NO. 00518622 Grievance Number NO. 2019000029847A (Polunsky Unit) Sept. 04, 2018 (FALSE IMPRISONMENT (refused) to (sign) real name on illegal Commitment Passport (s) resulted in Punishment not authorized: Disciplinary Offense reports LOWELL DEQUINCY GREEN TDC NO. 00518622 LIFE SENTENCE 19-10208. Green v. Polunsky Unit Administration, (11) U.SDC NO. 3:18-CV-2118 (5th Cir. 2019). DKT #15 Page 12 Page 10 #16) WL 1192906 at

Page 5.

Common Law Tort Claim... continued...

VI. Causation.... Continued....,

The use of the "Tangible Personal Property" of the STATE and the Court as enunciated here was **CAUSATION** and the "Proximate Cause" of the severe "Injuries", and "Harm" sustained by Secured Party Creditor, Third Party Intervenor herein.

VII.

\* NO JURY DEMAND \*
Private Settlement Agreement
DEMAND

Your Secured Party Creditor has arrived in this Court Under Common Law as WE THE PEOPLE among the 'SOVEREIGN people' of the 'Republic of Texas'.

We do not request nor NEED your "Amicus Curia" to Re-pre-sent Us to a Maritime Court, Nor an Esquire i.e., "Protector of the Court", to Present a "Ward of the State" to the bar.

We DEMAND an audience 'De jure' 'Ad-Hoc' for determination and Clarification of the following:

1. Jurisdiction during Trial,
2. Whether or not MAURICE MITCHELL is, A Debtor Separate and distinct from [SPC].
3. Proprietary ownership of Debtor;
4. C.F.R. 72.11 All Crimes are Crimes against Commerce.
5. The Charge Draft Indictment was for the Debtor and,
6. Procurring said Bonds, Discharged the Debt, and OTHER issues as cited herein.

— 22 —

( N.D. TX Dec. 26, 2018) WL 103173 (Feb. 5, 2019.) (5th Cir.) 19-10322 Green v. Lorie Davis, 3:18-CV-1459-M-BT ~~DKT#561~~ Polunsky Unit Mailroom Supervisor Asst. Trina Sterling-Sims. Certified Affidavit Court Ordered,

(11) FBI has a Copy, so does Ms. S. Dosey, ~~xxxxxx~~ LOWELL DEQUINCY GREEN TDCJ NO. 00519622 3:18-CV-1459-M-BT

(12) Filed Green's petition Mailroom ~~xxxx~~. (5th) 18-40761 (Life) Sentence 16-50522 (5th Cir.) Breaking the laws (themselves) hypocrites. USDC NO. 6:15-CV-285 (9/16/2015) ~~OR~~ B2.981-02. No. 04-13-00456-CR (Fourth Court of Appeals) San Antonio ~~See Camp Pesothra~~ 14-50089 (5th Cir. USDC NO. 5:18-CV-1094) (Treason Proved

(13) (5:23-CV-225-JKP) Mailroom (Connally Supervisor J. Torres) Filed

Page 6, see other side

LOWELL DEQUINCY, GREEN FB2-90247-RU (VOID)

NOV.

~~Common Law Tort Claim; Continued~~

VI. ~~Causation, of~~ continued...

17. 1982, 2915 E. District Court Dallas County Texas, i.e;

...... Personal Property of the STATE OF TEXAS, i.e;

1. ~~the Dallas County Criminal District Court Building, the;~~
2. Office of the District Attorney, the
3. Office of the Grand Jury which returned the Draft;
4. the Prosecutor's Office Supplies, i.e;
   (i). Type-writers,
   (ii). All Computer Terminals, Fax machines, e-mails web-cites etc. etc.
   (iii). Phones or cell phones,
   (vi). Desk, Chairs, or Cubicals,
   (v). Papers, ~~Documents~~, DATA etc;
   (vi). TRUE BILL INDICTMENTS,
   (vii). Criminal Complaints, or unnd Affidavits,
   (viii). Contracts' i.e, "BONDS"
   (ix). Pens, Pencils, Computer Papers
   (x). Copy Machines,
   (xi). File Cabinets, Computer "retrieval systems",
   (xii). the Jail's Holding Cell, Handcuffs,
   (xiii) the Trial Court Room,
   (xiv). the Auriterous Maritime Admirality Flag;
   (xv). And By the;

5. USE OF A MOTOR PROPELLED Vehical, i.e; Transporting [SPC] back and forth from Prison to the Court Room for illegal und wrongful Prosecution in a Maritime Court.

(i). Finally, Your [SPC] was Injured by the <u>Tangable Personal Property of the STATE</u>, the Trial Court's Final Judgment and Sentence and the ORDER for the Sheriff or Constable to Hand over the wrongfully Convicted to the Texas Department of Criminal Justice Institutional Division for 70 years in Prison, for a Debt of the DEBTOR which was "Already" <u>Discharged</u>."

(15) FALSE IMPRISONMENT. Signed by, J. Torres. ~~Asst~~ Mail room Supervisor.

Page 9 of 17

USDC NO. 5:23-cv-00225-JKP, IT IS the Judge duty to take

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**PHILIP J. DEVLIN**
CLERK OF COURT

**ANNETTE FRENCH**
CHIEF DEPUTY

262 W. Nueva, Suite 1 - 400
San Antonio, Texas 78207

ACTION and not sit on his butt ignoring his OATH,

February 24, 2023

Lowell Green
#00518622
Connally Unit
899 FM 632
Kenedy, TX 78119

which he freely took, Bottom Line! Treason

RE: Case #5:23-cv-00225-JKP   FALSE IMPRISONMENT

Dear Mr. Green: I have the Right to Kill

Your Complaint was filed in our office on 2/17/2023 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

any Mother Fucker who

Sincerely,

Committed   By BT   is Conspiracy.
         Deputy Clerk

18 USC § 1965 (RICO) I notified

U.S. Marshall Deputy Joe 800 Franklin Ave Waco, Texas 76701 and he just sit on his white ass and tell Shephnia Johnson on the phone that

Page 9.

She even said that she signed the $16,138.48 Property (Estate) Jim Williams, et al (Excess Funds) Lowell Quincy Green Cause no. 2020-2847-3 Tracking # 9290 9901 7184 4201 2497 77, USDC NO. 5:22-CV-01349-XR, Mailroom John B. Connally Unit (1/11/2023. J. Torres, with State writ for habeas against Lowell Quincy Green (illegal) restraint (WR-82,981-16) Cause NO. 2012-709-2, 2012-790-2, 2012-791-2, SHCR-02 at 308, 54th District Court of McLennan County, Texas Parolee Cause no. 1994-659-K, Lowell Quincy Green 54th District Court Parolee LOWELL DEQUINCY GREEN (ens legis) Fourth Court of Appeals NO. 04-13-00456-CR May 15, 2013 (illegal) Cumutation. Hon. Matt Johnson. (6:15-CV-2847) Records on W. Ortex Clark File 5. WR-82,981-02, same 6:17-CV-245, Records. WR-82,981-16 (J. Torres)

Page 8. See other side.

he received (letters) weekly from Lowell Quincy Green (natural) being,
(4) not LOWELL DEQUINCY GREEN TDC NO. 00518622 SID-TX 03030602Y (ens legis) Corporation Debt established 291st District Court of Dallas County, Texas Cause No. F82-90247-RU Aggravated Robbery Nov. 17, 1982 (5) years DOC-TX 2360065 TDC NO. 346775. (04-13-00456-CR) (Fourth Court of Appeals) San Antonio, (Stipulations) creating illegal life sentence. Judge Matt Johnson, (illegal)
(17) Prosecutor's Brandon Luce, Landon Ramsey,
(18) Public Defender Lawrence E. Johnson, Appellate Counsel Stan Schwieger (Alex J. Bell),
(19) Filed Chief Justice Catharine Stone, Justice Chapa, 300 Dolorosa Suite 3200 San Antonio, Texas 78205, 19-50089 Green V. Slone, et al. NO. 5:18-CV-1094 (W.D.(ed. San Antonio, TX) CONGRESS

Page 10. See other side.



Page 1 of 2

Lowell Green #518622
Connally Unit
899 FM 632
Kenedy TX 78119

Special Mail

FBI Records on
File: 3:22-CV-0129B
3:19-CV-1434-M-BK) 19-10322, 19-10208 (3:18-CV-2118) 18-CV-624D

RECEIVED 5
FEB 28 2023

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
21 FEB 2023 PM 3 L

Chief Deputy Clerk
United States District Court
Northern District of Texas
1100 Commerce Street #1452
Dallas, Texas 75242

hate "Traitor" Federal and State (Government) (employees) "secretly" operating well to kill & Neglect Planned.

1) 10/6/65, TDCJ DISCIPLINARY REPORT AND HEARING RECORD
2) CASE: 20230129965
TDCJ No. 10051 8622
LOWELL DEQUINCY GREEN

1) 652 N, Lowell Dequincy
2) Major Case: Cirildo Puerto,
OFF.DATE: 03/09/2023
02:00 PM LOCATION: 4
B BUILDING
OFFENSE DESCRIPTION
ON THE ABOVE AND AT 4
(8L31-51B) INMATE: GREEN,
LOWELL DEQUINCY, TDCJ - ID NO.
00518622, DID ATTEMPT TO
ESTABLISH AN INAPPROPRIATE
RELATIONSHIP WITH (J. TORRES, MAILROOM SUPERVISOR)
WHICH HAS THE POTENTIAL TO JEOPARDIZE THE SECURITY
OF THE AGENCY OR COMPROMISE THE PERSONAL

Page 11

THE EFFECTIVENESS OF THE EMPLOYEE, BY ASKING ABOUT HER MARITAL STATUS AND STATING HIS PREFERENCES.

24. See Hobbs v. Warden Cooper, Lowell Quincy Green v. Warden Cooper, USDC No. 6:23-CV-0036 (E.D. Tex. Taylor Jan. 26, 2023)

25. Civil Commitment Coffield Louis L Beaumont Lexington Magistrate of John D. Love Coffield Mail: Lowell Quincy Green #518022 Connally Unit 899 FM 632 Kenedy, Texas 78119

26. J. Torres Mailroom Supervison Omission, "She did not let Lowell Quincy Green sign the Ad Seg Served"

27. J. Torres Signed the Card for Lowell Quincy Green Jan. 27, 2023, She Committed aggravated perjury, 6:23-CV-36, DISC NO. 20230129 416 S (3/09/2023) Retaliation) Sgt. G. Mokes, (Fraud) Page 12. See other side, "EXHIBIT A"

19-10322 (3:18-cv-1459-M-BK)(5:23-cv-107) Fraud - Page 13 of 17 set aside even if the conviction was entered pursuant to a counseled plea of guilty" (F86-69827-LV) 292nd Dist. Court, Dec. 16, 1989)(F82-90247-RV) 291st Dist. Court, Nov. 17, 1982) and (@ July 1982) Menna, 423 U.S. at 242. In Blackledge, the Supreme Court had distinguished between cases where the constitutional error had been coerced confessions or tainted indictments and those cases where the constitutional error involved the "right not to be haled into court at all". 417 U.S. at 30 Error of a constitutional dimension which goes "to the very power of the State to bring the defendant into court to answer the charge brought against him". Id at 30. It is fundamental in our system of government that sovereignty resides in the people, "All political power is inherent in the people, and all free governments are founded on their authority, and instituted for their benefits". TEX. CONST. at 1, §2; see also TEX. CONST. 1, §10. Grand Jury Indictment is (EXONERATIONS), FINAL AUTHORITIES - Page 13.

19-1032 (3:18-cv-1454-m-fm)(5:23-cv-101) Fraud    Page 14 of ~~20~~    17.

McLennan County Dist. Attorney Barry N. Johnson, Gabriel Price + George Allen (Judge) and John Segrest, Morrissey. 408 U.S. 471 (hearing), Atty. Melinda Bozart wrote Counsel for Green discovery (Jan. 02, 1994) Angela Ladesma, Jennifer Arbuckle (Lesbian) smoking Crack Cocaine with Tommy Thompson at Angela and Jennifer's house in McGregor, Texas (Cause no. 1994-654-c),

① Green "watched" Angela Ladesma (perform) oral sex on Jennifer and gave them "Crack Cocaine" to perform. Angela wanted more and more,

② ~~Angela~~ reported Green raped her at a park in her truck and afterwards, they headed back to her house and as she drove down the street, Green "hit" her in the face and "pulled a knife on her and told her to stop the truck and get out of the truck"

③ (Angela took the knife from Green) Brady v. Maryland, 373 U.S. 83 (1963). Green got out of the truck and walked home (114 Royer Street) McGregor, Texas 76657 (Jan. 02, 1994) Public Information (State and Federal) Cause

Page 14. See other side

-19-10322 (3:18-cv-1454-m-BX)(5:23-cv-107) Fraud
No. 1994-659-C Angela did not turn the knife
over to Police. Angela did not go to the hospital.
(3) She "lied" on Green. The Texas Department of Public Safety Cpt. Jason William Support
Green 4 (Polygraph Test) Jan 1994 (Passed)
(4) DNA Testing (Negative) Law Enforcement.
Can charge Alan D. Albright for Treason
Violating Texas State Law. § 2254

No. 4:19-cv-00051 (6:14-cv-008)(6:19-cv-410)
(5) Green was arrested March 24, 2012, while on (illegal) parole
(F84-9700B-K)(1994-659-C)(3:18-cv-3309)(David L. Horan)
(same)(6:19-cv-410-ADA) Treason and dis-
respecting Congress. Trying to Con-
fuse Green, but it is not working (140322)
(6)(7) (3:18-cv-1454-BX) Record is Public for im-
peaching bad judges who Never had
(State) or (Federal) Jurisdiction (July 1982)
U.S. Dept. of Justice Federal Bureau of
Investigation. 28C. F.R. § 16.30 Act of the

Page 15.

19-10322 (3:18-cv-1454-mas7)(5:23-cv-107) Fraud Page 18 of 20 17

United States Congress. Green have the Right to use his FBI Criminal File and Challenge each and every Conviction. Agent Scott A. Rago Section Chief provided Data Nov. 08, 2021,

29.) 19-10322 Green v. Davis. NO. 3:18-CV-1459-M-BT (N.D.Tex. May 29, 2018)(ECF 3 at 2) F84-97008-87(VOID) F06-69827-LN (VOID)(F82.90247-Ru)(VOID)(Rebecca A. Rutherford (Barbara M.G. Lynn) June 07, 2018 (Show Cause) Ordered. (NO) REPLY WAS GIVEN. BY RE-SPONDENT Lorie Davis on (VOID) indictment(s) Or Aug. 20, 2018 (1994-659-2) NO Answer was Given (3:18-CV-1459-M-BT) ~~~~~~~~~~~~~~~ Record ~~~~~~~~~~~ on Court Files & 2254, Rules 3, 4, 5 The Answer and Reply (a)(b) Contents: Addressing allegations. Stating a Bar. The Answer must address the allegations in the petition (illegal) Life Sentence (2012-70422) 54th Dist. Court of McLennan County, Texas Cumulation 291st Dist. Court Dallas County, Texas F84-97008-H, May 15, 2013. Judge Matt Johnson. Attorneys for State Brandon Luce, Landon Ramsey. Attorney for Defendant

Page 18 '16' see other side

Handwritten annotations: "Ms. Henderson, D. Youngblood, Lawrence E. Johnson, Sean Shuleger (TREASON), 6000 Austin Hwy #15, Austin Texas 76701, THE EVIL WHITE MAN Being Corrupt From The Beginning of The World!! Torres/15 Coverup! 6:23cv36, HOLDING, 30 I DEMAND IMMEDIATE INTERVENTION Lauro Oneon 3/13/2023, Page 17"

---

malicious, or failed to state a claim upon which relief may be granted. The only exception to this is if the prisoner is in "imminent danger of serious physical injury." See 28 U.S.C. § 1915(g).

To meet the imminent danger requirement, "the 'threat or prison condition [must be] real and proximate.'" *Turner v. S. Health Partners*, No. 14-CV-1667-B, 2014 WL 2940580, at *1 (N.D. Tex. June 27, 2014) (citing *Valdez v. Bush*, No. 08-CV-1481-N, 2008 WL 4710808, at *1 (N.D. Tex. Oct. 24, 2008) (internal citation omitted)). Because § 1915(g) requires a showing of "imminent" danger, allegations of past harm do not suffice; the harm alleged must be about to occur or occurring at the time the complaint is filed. *Id.* Further, "general allegations not grounded in specific facts indicating serious physical injury is imminent are not sufficient to invoke the exception to § 1915(g)." *Miller v. Univ. of Tex. Med. Branch*, No. 16-CV-436, 2016 WL 3267346, at *2 (E.D. Tex. Jun. 15, 2016) (citations omitted). Section 1915(g) requires that a prisoner allege specific facts showing he is under imminent danger of serious physical injury. *Turner*, 2014 WL 2940580, at *1 (citing *Valdez*, 2008 WL 4710808, at *1).

A prisoner who is not proceeding IFP may file a new civil action or appeal even if that prisoner has three or more dismissals described in section 1915(g). Regardless of whether a prisoner proceeds IFP in a civil case, if at any time the prisoner's case is dismissed as frivolous, malicious or for failure to state a claim, the dismissal will count against the prisoner for purposes of the three-strikes dismissal rule.

2. *Application*

While incarcerated, Green has filed more than three count of actions that have been dismissed as frivolous or for failure to state a claim upon which relief may be granted. *See Green v. United States of America*, et al., No. _____ (E.D. Tex. Oct. 18, 2019) (dismissed as frivolous);

EXHIBIT "A"  6:23-CV-36 (J. Torres)

**TDCJ DISCIPLINARY REPORT AND HEARING RECORD**

CASE: 20230124965  TDCJNO:00518622  NAME: GREEN, LOWELL DEQUINCY                EA: 11.2
UNIT:CY   HSNG: 8L31   51 B   JOB: WORK SQUAD 05                                 IQ: 095
CLSS: L3  CUST: G5  PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS:    NONE
GRDE: MA / CP   OFF.DATE: 03/09/23   02:00 PM   LOCATION: CY 8 BUILDING
TYPE: ID  (9-10322)                              (3:18-CV-1454-M-BT)
                         OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT CY (8L31-51B), INMATE: GREEN, LOWELL
DEQUINCY, TDCJ-ID NO. 00518622, DID ATTEMPT TO ESTABLISH AN INAPPROPRIATE
RELATIONSHIP WITH (J. TORRES, MAILROOM SUPERVISOR), WHICH HAS THE POTENTIAL TO
JEOPARDIZE THE SECURITY OF THE AGENCY OR COMPROMISES THE EFFECTIVENESS OF THE
EMPLOYEE, BY (ASKING ABOUT HER MARITAL STATUS AND STATING HIS PREFERENCES).

CHARGING OFFICER: MOTES, C. SERGEANT                    SHIFT/CARD: 1 H
                             INMATE   NOTIFICATION     IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED:_____ BY:(PRINT)_____
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. DO YOU WANT TO ATTEND THE HEARING? YES  NO  IF NO, HOW DO YOU
PLEAD? GUILTY  NOT GUILTY       (NOT SIGNED) by Lowell Quincy Green
   INMATE NOTIFICATION SIGNATURE:_____ DATE:_____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24 HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
   INMATE WAIVER SIGNATURE:_____       DATE:_____
                             HEARING INFORMATION
HEARING DATE:_____ TIME:_____ UNIT___FOLDER___FILE___DSFILE___
COUNSEL SUBSTITUTE AT HEARING:_____ FOLDER___FILE___DSFILE___
EXPLAIN BELOW BY NUMBER: (1) IF COUNSEL SUBSTITUTE WAS NOT PRESENT DURING PART
HEARING, (2) IF ACCUSED INMATE WAS CONFINED IN PRE-HEARING DETENTION MORE THAN
72 HOURS PRIOR TO HEARING, (3) IF ACCUSED WAS EXCLUDED FROM ANY PART OF THE
EVIDENCE STAGE, (4) IF ANY WITNESSES OR (5) DOCUMENTATION WAS EXCLUDED FROM
HEARING (6) IF OFFENDER WAS DENIED CONFRONTATION AND/OR CROSS-EXAMINATION OF A
WITNESS AT THE HEARING (7) IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING
WEEK ENDS AND HOLIDAYS, FROM THE OFFENSE DATE AND, (8) IF INTERPRETER USED:
(SIGNATURE)_____

INMATE STATEMENT: JURY TRIAL DEMANDED

OFFENSE CODES:_____ 30.1
   INMATE PLEA: (G, NG, NONE)____
FINDINGS: (G, NG, DS)_____  RELEASE ME AT ONCE NOW
REDUCED TO MINOR(PRIOR TO DOCKET) (DOCKET) (HEARING) (PARTIAL)
IF GUILTY EVIDENCE PRESENTED, CONSIDERED, AND REASON(S) FOR DETERMINATION OF
GUILT: A)ADMISSION OF GUILT, B)OFFICER'S REPORT, C)WITNESS TESTIMONY, D)OTHER.
EXPLAIN IN DETAIL:_____

AND LIBERTY AS A
                             PUNISHMENT
LOSS OF PRIV(DAYS)_____ REPRIMAND..........  TABLET(DAYS)........
*RECREATION(DAYS)_____  EXTRA DUTY(HOURS)....  REMAIN LINE 3........
*COMMISSARY(DAYS)_____  CONF.VISIT SUSP.THRU / / REDUC CLASS FROM___TO___
*PROPERTY(DAYS)._____  CELL REST(DAYS)......  GOOD TIME LOST(DAYS)___
* OTS(DAYS).._____   SPECIAL CELL REST(DAYS)  DAMAGES/FORFEIT_____
SPECIFIC FACTUAL REASON(S) FOR PARTICULAR PUNISHMENT IMPOSED:

TEST THE B/
J. TORRES JASON PULLUM
CREDIT FOR PRE-HEARING DETENTION (NO YES(DAYS)___)
DATE PLACED IN PRE-HEARING DETENTION:_____ HEARING LENGTH____(MINUTES)
   INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT:_____

CONSPIRING
HEARING OFFICER (PRINT)_____ WARDEN_____ REVIEWER SIGNATURE_____
(FORM I-47MA) CONTACT COUNSEL SUBSTITUTE IF YOU DO NOT UNDERSTAND THIS FORM.
(REV. 04-10) COMUNIQUESE CON SU CONSEJERO SUSTITUTO SI NO ENTIENDE ESTA FORMA

3/13/2023